APPEAL No. 1965. LUCY PALAZZI et al. v. STATE. Petition for reargument denied. (Original opinion reported in 113 R. I. 218.) Arcaro, Belilove & Kolodney, Abraham Belilove, for petitioners. Richard J. Israel, Attorney General, Dorothy A. Carr, Special Asst. Attorney General, for respondent.

APPEAL No. 74-149. CHARLES J. FOX, JR. v. DOROTHY F. FOX. Motion of appellee, Charles J. Fox, Jr., to dismiss appeal pursuant to Rule 16 (g) is denied. Harold H. Winsten, for appellee. Matthew F. Callaghan, Jr., for appellant.

November 18, 1974.

APPEAL No. 74-295. SAMUEL D. MOTT et al. v. ROBERT F. BURNS et al. Motion of plaintiff Barbara Sprague, Chairman of the Board of Canvassers of the Town of New Shoreham, for immediate consideration of the pending appeal in the above-entitled matter is granted. Further briefs for all other interested parties are to be filed no later than November 26, 1974, and the matter is assigned for hearing to December 2, 1974. F. Albert Starr, Town Solicitor, for plaintiff Barbara Sprague. Tillinghast, Collins & Graham, Edward J. Regan, for Henry G. Hutchinson. Richard J. Israel, Attorney General, for defendants.

November 19, 1974.

M. P. No. 1911. JANET G. SWANSON et al. v. ISRAEL MOSES, Esquire. Respondent is directed to show cause why he should not be disbarred for failure to comply with the order of Court, Swanson et al. v. Moses, 110 R. I. 929, 295 A.2d 695 (1972). Respondent is directed to file his answer to this order not later than December 9, 1974.

C. A. No. 1964. STATE v. VITO N. RUSSO. Defendant, Vito N. Russo, is ordered to file his brief in the above-entitled matter within forty (40) days of this order. Richard J. Israel, Attorney General, Donald P. Ryan, Asst. Attorney General, for plaintiff. Vito N. Russo, defendant, pro se.